| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2016** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Coulson, John M. | 2. Court or Organization<br><br>US District Court for the District of Maryland | 3. Date of Report<br><br>05/01/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>US Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>101 W. Lombard Street, 8D<br>Baltimore, Maryland 21201 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 05/01/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | The McDonogh School (1099 self employed health education consulting) |
| 2. | 2016 | Build, Inc. (W-2 income)(Administrator for Community Organization) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 05/01/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | The Park School of Baltimore | Tuition | K |
| 2. | Occidental College | Tuition | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MONY whole life policy | A | Dividend | J | T | | | | | |
| 2. NW Mutual whole life policy #1 | A | Dividend | J | T | | | | | |
| 3. NW Mutual whole life policy #2 | A | Dividend | J | T | | | | | |
| 4. NW Mutual whole life policy #3 | A | Dividend | J | T | | | | | |
| 5. NW Mutual whole life policy #4 | A | Dividend | K | T | | | | | |
| 6. Erie Family Life whole life policy | A | Dividend | J | T | | | | | |
| 7. TIAA Traditional fund | A | Dividend | J | T | | | | | |
| 8. CREF Social Choice fund | A | Dividend | J | T | | | | | |
| 9. Franklin Templeton Mutual Quest Fund | A | Dividend | J | T | | | | | |
| 10. MD College Investment Plan Portfolio 2018 (1 of 2) | | None | L | T | | | | | |
| 11. MD College Investment Plan Portfolio 2018 (2 of 2) | | None | L | T | | | | | |
| 12. John Hancock Freedom 529 Portfolio 2013-16 (1 of 2) | | None | L | T | Sold (part) | 07/25/16 | K | D | |
| 13. John Hancock Freedom 529 Portfolio 2013-16 (1 of 2), (cont'd.) | | None | L | T | Sold (part) | 12/19/16 | K | D | |
| 14. John Hancock Freedom 529 Portfolio2017-2020 (2 of 2) | | None | M | T | | | | | |
| 15. Davis NY Venture C | C | Dividend | K | T | | | | | |
| 16. Franklin Income C | B | Dividend | K | T | Sold (part) | 01/04/16 | J | A | |
| 17. Goldman Sachs Growth Opportunity C | | None | | | Sold | 01/04/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Henderson International Opportunities C | A | Dividend | J | T | Sold (part) | 01/04/16 | J | A | |
| 19. Ivy Asset Strategy C | A | Dividend | J | T | Sold (part) | 01/04/16 | J | A | |
| 20. Legg Mason Opportunity Trust C | | None | J | T | | | | | |
| 21. Royce Pennsylvania Consult | A | Dividend | J | T | Sold (part) | 01/04/16 | J | A | |
| 22. Clearbridge Small Cap C | A | Dividend | J | T | | | | | |
| 23. Franklin Income C(IRA) | A | Dividend | J | T | Buy | 08/30/16 | J | | |
| 24. Clearbridge Value Trust C (IRA) | A | Dividend | J | T | | | | | |
| 25. QS Batterymarch Emerging Markets C(IRA) | A | Dividend | | | Sold | 08/23/16 | J | A | |
| 26. QS Batterymarch Int'l. Equity C(IRA) | A | Dividend | J | T | | | | | |
| 27. Davis NY Venture C (UTMA #1) | A | Dividend | J | T | | | | | |
| 28. Legg Mason Opportunity Trust (UTMA # 1) | | None | J | T | | | | | |
| 29. Davis NY Venture C (UTMA # 2) | A | Dividend | J | T | | | | | |
| 30. Legg Mason Opportun ity Trust (UTMA # 2) | | None | J | T | | | | | |
| 31. PNC Bank Interest Checking | A | Interest | J | T | | | | | |
| 32. Capitol One 360 Savings | A | Interest | J | T | | | | | |
| 33. Flowers Foods (FLO) Common stock (family) member) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 05/01/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: The Clearbridge Special Inv Trust C fund changed its name to the Clearbridge Small Cap C fund on August 1, 2015. I did not notice this administrative change during the last reporting period.

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 05/01/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John M. Coulson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544